ORDERED ACCORDINGLY.

Dated: July 23, 2024

_____
Brenda K. Martin, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

JOSHUA D VOS,

LAURA M VOS,

Debtors.

Chapter: 13

Case No. 2: 24-bk-00054-BKM

**ORDER EXTENDING DEADLINE TO RESPOND TO TRUSTEE'S RECOMMENDATION**

Having reviewed and considered the *Motion for Extension of Time to Respond to Trustee's Recommendation*, and good cause appearing,

**IT IS HEREBY ORDERED** extending the deadline by which the Debtors must respond to the Trustee's Recommendation to July 30, 2024.

*Dated & Signed Above*