| Fill in this information to identify the case: |
|---|
| Debtor 1 Joshua D Vos |
| Debtor 2 Laura M Vos |
| (Spouse, if filing) |
| United States Bankruptcy Court for the District of Arizona - Phoenix Division |
| Case Number: 2:24-bk-00054-BKM |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** loanDepot.com, LLC

**Court claim no. (if known):** 7

**Last 4 digits** of any number you use to Identify the debtor's account**:** 0489

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: __/__/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $_____ |
| 2. | Non-Sufficient Funds (NSF) Fees | | (2) | $_____ |
| 3. | Attorney Fees(Plan Review) | January 10, 2024 | (3) | $ 350.00 |
| 4. | Filing Fees and Court Costs | | (4) | $_____ |
| 5. | Bankruptcy/Proof of claim fees | February 8, 2024 | (5) | $ 300.00 |
| 6. | Appraisal/Broker's Price Opinion Fees | | (6) | $_____ |
| 7. | Property Inspection fees | | (7) | $_____ |
| 8. | Tax Advances (non-escrow) | | (8) | $_____ |
| 9. | Insurance Advances (non-escrow) | | (9) | $_____ |
| 10. | Property Preservation expenses. Specify:_____ | _____ | (10) | $_____ |
| 11. | Other. Specify: POC 410a | February 8, 2024 | (11) | $ 250.00 |
| 12. | Other. Specify: Appraisal | February 15, 2024 | (12) | $ 650.00 |
| 13. | Other. Specify: _____ | _____ | (13) | $_____ |
| 14. | Other. Specify: _____ | _____ | (14) | $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Leonard J. McDonald #014228                               Date: March 4, 2024
Signature

Print:     Leonard J. McDonald, Esq.                          Title: Attorney for Creditor

Company:   Tiffany and Bosco, P.A./24-00261-LD-AZ

Address:   Seventh Floor Camelback Esplanade II,
           2525 E. Camelback Rd.
           Phoenix, AZ 85016

Contact phone: 602-255-6007                                   Email: pocnotifications@tblaw.com

# TIFFANY & BOSCO
#### P.A.
**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com
24-00261-LD-AZ

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joshua D Vos and Laura M Vos | Case No. 2:24-bk-00054-BKM |
| Debtors. | CERTIFICATE OF SERVICE |

I, Leonard J. McDonald, certify:

That on 4th day of March, 2024, I caused to be mailed a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges, in reference to the above captioned matter, by U.S. Mail, postage prepaid, to the following interested parties:

Joshua D Vos and Laura M Vos
5970 W Audrey Ln
Glendale AZ 85308
Debtors

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtors

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ  85003
Trustee

DATED this 4th day of March, 2024.

                                            Respectfully submitted,
                                            TIFFANY & BOSCO, P.A.

                                            By: /s/ Leonard J. McDonald #014228
                                                    Mark S. Bosco
                                                    Leonard J. McDonald
                                                    Attorneys for Movant